476 A.2d 67

Martin, Appellant, v. Geist.
Petition for Allowance of Appeal
Denied Aug. 28, 1984.

Argued December 9, 1983. Hy Mayerson, for appellant; Elizabeth R. Howard, for appellees.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment affirmed.